# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia
### Dublin Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 AUG 22 PM 12: 48
CLERK J. Hodge
SO. DIST. OF GA.

United States of America
v.
Stephin White, aka "Step"

Case No: 3:12CR00003-16

USM No: 17550-021

Charles Michael Johnson
*Defendant's Attorney*

Date of Original Judgment: April 23, 2013
Date of Previous Amended Judgment: June 24, 2015
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated April 23, 2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 22, 2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*